**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**NICOLE WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
101 Enterprise, Suite 350
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant,
UnitedHealthcare Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC, d/b/a ANGEL MEDFLIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:16-CV-00436-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO WITHDRAW MOTION TO DISMISS AND TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

Good cause having been shown, the parties' stipulation to withdraw Defendant's pending Motion to Dismiss and to extend time for Defendant to respond to the First Amended Complaint is hereby GRANTED.  The Motion to Dismiss set for hearing on September 19, 2016 is taken off calendar.  Defendant shall have until September 15, 2016 to answer or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  August 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE