Kirk J. Wolden (SBN 138902)
Carter Wolden Curtis, LLP
1111 Exposition Blvd, Suite 602
Sacramento, CA 95815
Telephone:     (916) 567-1111
Facsimile:     (916)567-1112
Email:         kirk@cwclawfirm.com

Eamon P. Kelly (admitted *pro hac vice*)
ekelly@sperling-law.com
Nathan A. Shev (admitted *pro hac vice*)
nshev@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY<br><br>    Defendant. | Case No. 2:16-CV-00436-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING** |

Good cause having been shown, the parties' Stipulation to Continue Summary Judgment Hearing is hereby GRANTED. Plaintiff shall have until July 21, 2017 to respond to Defendant's Motion for Summary Judgment. Defendant shall have until August 14, 2017 to reply. The hearing on Defendant's Motion for Summary Judgment is continued to August 21, 2017 at 1:30 p.m. The final pretrial conference set for August 14, 2017 and the jury trial set for October 17, 2017 are taken off calendar. A status hearing is set for August 21, 2017, to schedule further proceedings in this matter to schedule a bench trial or hearing and associated briefing in this matter.

**IT IS SO ORDERED.**

**Dated: July 6, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE