Kirk J. Wolden (SBN 138902)
Carter Wolden Curtis, LLP
1111 Exposition Blvd, Suite 602
Sacramento, CA 95815
Telephone:      (916)567-1111
Facsimile:      (916)567-1112
Email:          kirk@cwclawfirm.com

Eamon P. Kelly (admitted *pro hac vice*)
ekelly@sperling-law.com
Nathan A. Shev (admitted *pro hac vice*)
nshev@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:      (312) 641-3200
Facsimile:      (312) 641-6492

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT, <br><br> Plaintiff, <br><br> *v.* <br><br> UNITEDHEALTHCARE INSURANCE COMPANY <br><br> Defendant. | Case No. 2:16-CV-00436-WBS-AC <br><br> **ORDER GRANTING INSTANTER MOTION FOR LEAVE TO FILE A SURREPLY** |

Good cause having been shown, Angel MedFlight's Instanter Motion for Leave to File a Surreply is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: August 18, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE