UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AVIATION WEST CHARTERS, LLC d/b/a ANGEL MEDFLIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | CIV. NO. 2:16-436 WBS AC<br><br>ORDER RE: EX PARTE REQUEST TO SEAL |

----oo0oo----

Plaintiff's ex parte application to seal Exhibit PX041, located at Docket No. 40-5, (Docket No. 44) is GRANTED. Plaintiff shall submit a version of PX041 with M.M.'s name redacted within seven days from the date this Order is signed.

Dated: August 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1