Kirk J. Wolden (SBN 138902)
Carter Wolden Curtis, LLP
1111 Exposition Blvd, Suite 602
Sacramento, CA 95815
Telephone:      (916)567-1111
Facsimile:      (916)567-1112
Email:          kirk@cwclawfirm.com

Eamon P. Kelly (admitted *pro hac vice*)
ekelly@sperling-law.com
Nathan A. Shev (admitted *pro hac vice*)
nshev@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:      (312) 641-3200
Facsimile:      (312) 641-6492

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA MILLER, in her capacity as legal guardian for M.M., <br><br> Plaintiff, <br><br> *v.* <br><br> UNITEDHEALTHCARE INSURANCE COMPANY <br><br> Defendant. | Case No. 2:16-CV-00436-WBS-AC <br><br> **ORDER GRANTING STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING** |

Good cause having been shown, the parties' Stipulation to Continue Motion for Summary Judgment is hereby GRANTED. The hearing on Defendant's Motion for Summary Judgment is continued to November 13, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  October 3, 2017

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1          [Proposed] Order