Kirk J. Wolden (SBN 138902)
Carter Wolden Curtis, LLP
1111 Exposition Blvd, Suite 602
Sacramento, CA 95815
Telephone:     (916)567-1111
Facsimile:     (916)567-1112
Email:         kirk@cwclawfirm.com

Eamon P. Kelly (admitted *pro hac vice*)
ekelly@sperling-law.com
Nathan A. Shev (admitted *pro hac vice*)
nshev@sperling-law.com
SPERLING & SLATER, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone:     (312) 641-3200
Facsimile:     (312) 641-6492

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA MILLER, in her capacity as legal guardian for M.M., <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY <br><br> Defendant. | Case No. 2:16-CV-00436-WBS-AC <br><br> **ORDER GRANTING STIPULATION TO FILE CORRECTED RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

Good cause having been shown, the Stipulation to File a Corrected Response to Defendant's Motion for Summary Judgment is hereby GRANTED, and Plaintiff may file its corrected response.

**IT IS SO ORDERED.**

Dated:  November 1, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE